**FILED**

JAN 26 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: DAVID ANTHONY STEBBINS. _____ <br><br> DAVID ANTHONY STEBBINS, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND, <br><br> Respondent, <br><br> KARL POLANO; et al., <br><br> Real Parties in Interest. | No. 22-70269 <br><br> D.C. Nos. 4:21-cv-04184-JSW <br> 4:22-cv-00546-JSW <br> Northern District of California, Oakland <br><br> ORDER |

Before: CLIFTON, IKUTA, and SANCHEZ, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus or prohibition. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

Petitioner's motion to proceed in forma pauperis (Docket Entry No. 2) is denied as moot.

No further filings will be accepted in this closed case.

**DENIED.**